**Order filed September 15, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00239-CV

_____

### IN RE KIMBERLY ANN JACSON, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**387th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-DCV-270713**

---

## ORDER

On July 30, 2020, this court issued an order that the parties provide to this court a written status report as to: (1) whether the de novo hearing has occurred, and if not, when it is scheduled to occur, and (2) whether any events have occurred that moot this mandamus proceeding.

On August 4, 2020, counsel for relator filed a letter with this court stating in relevant part:

> **This letter is to update the Court that the parties have mediated and reached an agreement that should resolve the issues in this mandamus proceeding.** They are submitting the agreement to the trial court along with a proposed judgment. When that judgment is signed, Relator will expeditiously file a motion to dismiss this proceeding.
>
> Relator requests that the Court leave the stay order in place until a final judgment is signed.

More than a month has passed, and relator has not provided a further status report or moved to dismiss this proceeding. We order the parties to provide to this court with a written status report as to whether the judgment referenced in the letter has been signed or whether this proceeding may be dismissed as moot. If the parties do not file this status report by September 22, 2020, the court will dismiss this proceeding for want of prosecution.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.